JUNE 24, 1991

No. 90–1167. BOARD OF PUBLIC EDUCATION AND ORPHANAGE FOR BIBB COUNTY ET AL. *v.* LUCAS ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals for clarification of the jurisdictional issue presented by the Solicitor General in his brief for the United States as *amicus curiae* filed June 4, 1991.

No. 90–1433. FLORIDA *v.* TRODY. Dist. Ct. App. Fla., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McNeil* v. *Wisconsin, ante,* p. 171.

No. 90–5849. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Burns* v. *United States, ante,* p. 129.

No. 90–5999. HILL *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Burns* v. *United States, ante,* p. 129.

No. — – ——. IN RE KARAPINKA. Motion to direct the Clerk to file petition for writ of mandamus that does not comply with the Rules of this Court denied.

No. — – ——. PARKER *v.* MAZE ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–916. MOORE *v.* JARVIS, SHERIFF OF DEKALB COUNTY, GEORGIA. C. A. 11th Cir. Application for recall and stay of mandate, addressed to JUSTICE WHITE and referred to the Court, denied.